UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:02-CR-29 |
| | ) | |
| OSCAR LAUREANO PACHECO | ) | |

**<u>O R D E R</u>**

This supervised release revocation matter came before the Court on August 22, 2005. At this hearing, the defendant did not contest that he had committed the violations of the conditions of supervised release set forth as violations one (1) through three (3) of the petition for warrant for offender under supervision. It is uncontested the defendant's violation guideline range is now four (4) months to ten (10) months.

Therefore, the Court finds that the defendant has violated the terms of his supervised release, and it is hereby **ORDERED** that his term of supervised release is **REVOKED**. It is **ORDERED** that he is sentenced to serve a term of incarceration of six (6) months, and that this term of imprisonment shall be followed by no further supervised release, to be served consecutive to the defendant's sentence in case number 2:05CR29. The Court **FINDS** that this sentence, which is within the guideline range, is a reasonable sentence taking into consideration the defendant's violation and the

factors set forth in 18 *U.S.C.* §3553(a).

The defendant is **REMANDED** to the custody of the United States Marshal.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE